Polster, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| STEPHEN W. BYERLY, | ) | Case No. 1:14cv1183 |
| Plaintiff, | ) | |
| -vs- | ) | ORDER |
| WARDEN, ROSS CORRECTIONAL INSTITUTION, | ) ) ) | |
| Defendant(s). | ) | |

This case being a refiling of 1:12cv1841, the Clerk of Court is ordered to directly assign Magistrate Judge Kathleen Burke to this case as Magistrate Judge.

IT IS SO ORDERED.

                                        */s/Dan Aaron Polster 6/3/14*
                                        Dan Aaron Polster
                                        United States District Judge